UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Irene Yamileth Gutierrez, ) <br> Irma Irene Perez Herrera, ) <br>    Plaintiffs ) <br> ) <br> ) <br>    v. ) <br> ) <br> ) <br> HON. Antony J. Blinken ) <br> United States Secretary of State ) <br>    and ) <br> UNITED STATES OF AMERICA, ) <br> Defendants ) | Civil Action No. |

**PLAINTIFF'S COMPLAINT FOR WRIT IN THE
NATURE OF MANDAMUS UNDER THE ADMINISTRATIVE
AND DECLARATORY JUDGMENT ACT**

COMES NOW Irene Yamileth Gutierrez (a minor) and Irma Irene Perez Herrera, Plaintiffs in the above- styled and numbered cause, and for cause of action would show unto the Court to following:

1. This action is brought against the Defendants to compel action on an application for U.S. passport properly filed by the Plaintiffs on or about March 2018. The application was filed and remains within the jurisdiction of the Defendants, who have not decided on the case to the detriment of Plaintiffs. Plaintiffs sue under the Declaratory Judgment Act 28 U.S.C 2201. Plaintiff will also show that they were legally wrong due to agency action and as entitled to Judicial review U.S.C. 702.

**PARTIES**

2. Plaintiff, Irene Yamileth Gutierrez is a minor native and citizen of the United States of America.

3. Plaintiff, Irma Irene Perez Herrera is a native and citizen of Mexico and the mother of Irene Yamileth Gutierrez. She properly submitted fee-paid a U.S. passport application for her daughter to the United States Department of State.

4. For many citizens, applying for a passport is a routine affair that results in the Department processing an application and issuing a passport in a matter of weeks. Defendants, however, have not treated Plaintiffs like other citizens. In this way, the United States Department of State leaves Plaintiffs with no recourse other than to file a lawsuit to compel the agency to do an action. Without passports, Plaintiffs and those who are similarly situated are denied a vital resource and right that they -like all other U.S. citizens - require to travel, work, access affordable medical care.

5. Respondent, Antony J. Blinken, Secretary of the United States Department of State is a federal employee within the jurisdiction of this Court.

6. Respondents are the U.S. Department of State and officials thereof who have duties and responsibilities under the laws of the State and specifically, The Secretary of the U.S. Department of State, Antony J. Blinken, is sued in his official capacity as the Secretary of the U.S. Department of State. Defendant may be served by delivering a copy of the summons and the complaint to the Chief Executive Officer of the State Department.

## JURISDICTION AND VENUE

7. Jurisdiction in this case is proper under 28 U.S.C. § § 2201 (Declaratory Judgment Act).

8. Venue is proper in this court, pursuant to 28 U.S.C. § 1391 (e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, Plaintiff's claim occurred. Plaintiff's application for lawful permanent resident status was properly filed and, to Plaintiff knowledge, remains pending with the Houston INS District Director. Also, federal question stated under 28 U.S.C § 1331 is basis for review of agency action.

## EXHAUSTION OF REMEDIES

9. Plaintiff does not have any administrative remedy at hand.

## CAUSE OF ACTION

10. Since the agency in question has not decided, only remedy playing the pass at this point is a Mandamus action.

11. The Defendants, in violation of the Administrative Procedures Act, 5 USC § 701 et seq., are unlawfully withholding or unreasonable delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

12. Plaintiff has made numerous statues inquires in an attempt to secure adjudication of his application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

13. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter and order:
    (a) Requiring Defendants to adjudicate Plaintiff's Application for U.S. Passport.
    (b) Awarding Plaintiff reasonable attorney's fees; and
    (c) Granting such other relief at law and in equity as justice may require.

Respectfully submitted,

By: */s/ Anthony Matulewicz*
Anthony Matulewicz
521 S. Broadway
McAllen, Texas 78501
Phone: (956) 972-0330
Fax: (956) 972- 0353
Federal Bar: 15710

## LIST OF ATTACHMENTS

*Exhibit Description*

1. Copy of U.S. Passport Application; and
2. Customer payment receipt to United State Department of State dated March 2, 2018.